| CO. | FILE | DEPT | CLOCK | VCHR NO. |
|---|---|---|---|---|
| UVR | 012764 | | 28051 | 0000111185  1 |
| | | | 2805120LL D | |

069-0021

GARDA CL ATLANTIC, INC.
4200 GOVERNOR PRINTZ BLVD
WILMINGTON, DE 19802

# Earnings Statement

**ADP**

Period Beginning:   02/23/2014
Period Ending:      03/08/2014
Pay Date:           03/14/2014

940

00000001116
JR,JOHN ROSSI
1668 STRAIGHT PATH
WHEATLEY HEIGHTS NY 11798

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:  0
   NY:       0

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.5500 | 40.00 | 822.00 | 9,042.00 |
| Overtime | 30.8250 | 9.33 | 287.60 | 2,332.23 |
| Straight Ot | 20.5500 | 10.00 | 205.50 | 2,068.77 |
| Vacation | 20.5500 | 40.00 | 822.00 | 822.00 |
| Bereavement | | | | 164.40 |
| Holiday | | | | 328.80 |
| **Gross Pay** | | | **$2,137.10** | 14,758.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -265.28 | 2,075.56 |
| | Social Security Tax | -110.68 | 784.07 |
| | Medicare Tax | -25.88 | 183.37 |
| | NY State Income Tax | -84.47 | 631.66 |
| | **Other** | | |
| | Dental Premium | -46.68* | 280.08 |
| | Healthcare | -16.15* | 96.90 |
| | Medical Basic | -289.16* | 1,734.96 |
| | **Net Pay** | **$1,298.80** | |
| | Dir Dep Check | -1,298.80 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,785.11

---

© 2000 ADP, Inc.

**VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM**

GARDA CL ATLANTIC, INC.
4200 GOVERNOR PRINTZ BLVD
WILMINGTON, DE 19802

Advice number:  00000111185
Pay date:       03/14/2014

**THIS IS NOT A CHECK**

Deposited to the account of
JR,JOHN ROSSI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx7990 | xxxx  xxxx | $1,298.80 |

# NON-NEGOTIABLE

© 1998, 2006. ADP, Inc. All Rights Reserved.

| CO. | FILE | DEPT | CLOCK | VCHR NO |
|---|---|---|---|---|
| UVR | 012764 | 28051 | 0000091187 | 1 |
| | | 2805120LL D | | |

066-0021

# Earnings Statement 

GARDA CL ATLANTIC, INC.
4200 GOVERNOR PRINTZ BLVD
WILMINGTON, DE 19802

Period Beginning: 02/09/2014
Period Ending: 02/22/2014
Pay Date: 02/28/2014

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  NY: 0

00000001118
JR,JOHN ROSSI
1668 STRAIGHT PATH
WHEATLEY HEIGHTS NY 11798

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.5500 | 80.00 | 1,644.00 | 8,220.00 |
| Overtime | 30.8250 | 7.50 | 231.19 | 2,044.63 |
| Straight Ot | 20.5500 | 16.67 | 342.57 | 1,863.27 |
| Bereavement | | | | 164.40 |
| Holiday | | | | 328.80 |
| **Gross Pay** | | | **$2,217.76** | 12,621.10 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -285.44 | 1,810.28 |
| Social Security Tax | | -115.68 | 673.39 |
| Medicare Tax | | -27.06 | 157.49 |
| NY State Income Tax | | -89.67 | 547.19 |
| Other | | | |
| Dental Premium | | -46.68* | 233.40 |
| Healthcare | | -16.15* | 80.75 |
| Medical Basic | | -289.16* | 1,445.80 |
| **Net Pay** | | **$1,347.92** | |
| Dir Dep Check | | -1,347.92 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,865.77

©1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

© 2000 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID VOID VOID  THIS IS NOT A CHECK

GARDA CL ATLANTIC, INC.
4200 GOVERNOR PRINTZ BLVD
WILMINGTON, DE 19802

Advice number: 00000091187
Pay date: 02/28/2014

Deposited to the account of
JR,JOHN ROSSI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx7990 | xxxx xxxx | $1,347.92 |

**NON-NEGOTIABLE**

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT. ■

| CO. | FILE | DEPT | CLOCK | VCHR NO. | | |
|---|---|---|---|---|---|---|
| UVR | 012764 | 28051 | 0000051195 | 1 | | |
| | | | 2805120LL D | | | |
| | | | | 069-0021 | | |

# Earnings Statement

**ADP**

GARDA CL ATLANTIC, INC.
4200 GOVERNOR PRINTZ BLVD
WILMINGTON, DE 19802

Period Beginning:   01/12/2014
Period Ending:      01/25/2014
Pay Date:           01/31/2014

00000001127
JR,JOHN ROSSI
1668 STRAIGHT PATH
WHEATLEY HEIGHTS NY 11798

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:  0
    NY:       0

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.5500 | 80.00 | 1,644.00 | 4,932.00 |
| Overtime | 30.8250 | 24.83 | 765.38 | 1,227.76 |
| Straight Ot | 20.5500 | 20.00 | 411.00 | 1,109.70 |
| Bereavement | | | | 164.40 |
| Holiday | | | | 328.80 |
| **Gross Pay** | | | **$2,820.38** | 7,762.66 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -436.10 | 1,133.67 |
| Social Security Tax | | -153.04 | 415.81 |
| Medicare Tax | | -35.79 | 97.25 |
| NY State Income Tax | | -128.54 | 340.57 |
| **Other** | | | |
| Dental Premium | | -46.68* | 140.04 |
| Healthcare | | -16.15* | 48.45 |
| Medical Basic | | -289.16* | 867.48 |
| **Net Pay** | | **$1,714.92** | |
| Dir Dep Check | | -1,714.92 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,468.39

© 1998, 2006. ADP, Inc. All Rights Reserved.

© 2000 ADP, Inc.

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID VOID VOID VOID VOID
THIS IS NOT A CHECK

GARDA CL ATLANTIC, INC.
4200 GOVERNOR PRINTZ BLVD
WILMINGTON, DE 19802

Advice number:   00000051195
Pay date:        01/31/2014

Deposited to the account of
JR,JOHN ROSSI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx7990 | xxxx xxxx | $1,714.92 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| UVR | 012764 | | 28051 | 0000511214 | 1 |
| | | | 2805120LED | | |

068-0021

GARDA CL ATLANTIC, INC.
4200 GOVERNOR PRINTZ BLVD
WILMINGTON, DE 19802

*$1,305* (handwritten)

# Earnings Statement 

Period Beginning:   12/01/2013
Period Ending:      12/14/2013
Pay Date:           12/20/2013

00000001146
JR,JOHN ROSSI
1668 STRAIGHT PATH
WHEATLEY HEIGHTS  NY  11798

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal:  0
 NY:       0

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.5500 | 80.00 | 1,644.00 | 41,890.00 |
| Overtime | 30.8250 | 17.67 | 544.68 | 9,496.95 |
| Straight Ot | 20.5500 | 20.00 | 411.00 | 9,640.94 |
| Birthday | | | | 164.40 |
| Holiday | | | | 983.20 |
| Vacation | | | | 822.00 |
| **Gross Pay** | | | **$2,599.68** | 62,997.49 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -425.44 | 9,957.59 |
| Social Security Tax | | -149.58 | 3,614.39 |
| Medicare Tax | | -34.98 | 845.30 |
| NY State Income Tax | | -125.36 | 2,973.44 |
| **Other** | | | |
| Dental Premium | | -46.68* | 1,205.73 |
| Dir Dep Check | | -1,677.30 | |
| Medical Basic | | -140.34* | 1,543.74 |
| Medical Epo | | | 1,951.35 |
| St Dis 25 | | | 96.47 |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,412.66

---

GARDA CL ATLANTIC, INC.
4200 GOVERNOR PRINTZ BLVD
WILMINGTON, DE 19802

Advice number:  00000511214
Pay date:       12/20/2013

**Deposited to the account of** | account number | transit ABA | amount
JR,JOHN ROSSI | xxxxxxxx7990 | xxxx xxxx | $1,677.30

VOID  THIS IS NOT A CHECK  NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

***VOID***    ***DIRECT DEPOSIT ONLY***

| ID | Name | | | | | SOC SEC # | EMP STA | FEDRL MS | EXM | STATE MS | EXM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10136251 | PATRICIA ROSSI | | | | 1013 | XXX-XX-6251 | H | S | 0 | S | 0 |

### EARNINGS / TAX DEDUCTIONS / VOL. DEDUCTIONS

| TYPE | STORE | DEPT | HOURS | RATE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| VAC | 1013 | 5139 | 40.00 | 19.0000 | 760.00 | FWT | 106.00 | DEP1 | |
| SIFX | 1013 | 5147 | | | 26.00 | NY | 35.36 | | |
| | | | | | | NYDI | .60 | | |
| | | | | | | FICA | 60.13 | | |

| | GROSS PAY | FEDERAL | FICA | STATE | LOCAL | CITY/OTHER | VOL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CUR | 786.00 | 106.00 | 60.13 | 35.36 | | .60 | .00 | |
| YTD | 7855.26 | 1062.63 | 600.93 | 353.31 | | 6.00 | | 3/06 |

---

| ID | Name | | | | | SOC SEC # | EMP STA | FEDRL MS | EXM | STATE MS | EXM | PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10136251 | PATRICIA ROSSI | | | | 1013 | XXX-XX-6251 | H | S | 0 | S | 0 | 02/22/14 |

### EARNINGS / TAX DEDUCTIONS / VOL. DEDUCTIONS

| TYPE | STORE | DEPT | HOURS | RATE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| REG1 | 1013 | 5139 | 32.25 | 19.0000 | 612.75 | FWT | 97.70 | DEP1 | 563.64 |
| PERS | 1013 | 5139 | 6.00 | 19.0000 | 114.00 | NY | 33.22 | | |
| SIFX | 1013 | 5147 | | | 26.00 | NYDI | .60 | | |
| | | | | | | FICA | 57.59 | | |

| | GROSS PAY | FEDERAL | FICA | STATE | LOCAL | CITY/OTHER | VOL DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CUR | 752.75 | 97.70 | 57.59 | 33.22 | | .60 | .00 | .00 |
| YTD | 7069.26 | 956.63 | 540.80 | 317.95 | | 5.40 | | 2/27/14 |

| EMP ID | NAME | DEPT | SOC. SEC. # | EMP STAT | FEDRL M/S | FEDRL EX | STATE M/S | STATE EX | PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| 10136251 | PATRICIA ROSSI | 1013 | XXX-XX-6251 | H | S | 0 | S | 0 | 02/15/14 |

**EARNINGS**

| TYPE | STORE | DEPT | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| REG1 | 1013 | 5139 | 39.50 | 19.0000 | 750.50 |
| SIFX | 1013 | 5147 | | | 26.00 |

**TAX DEDUCTIONS**

| TYPE | AMOUNT |
|---|---|
| FWT | 103.62 |
| NY | 34.75 |
| NYDI | .60 |
| FICA | 59.40 |

**VOL. DEDUCTIONS**

| TYPE | AMOUNT |
|---|---|
| DEP1 | 578.13 |

| | GROSS PAY | FEDERAL | FICA | STATE | LOCAL | CITY/OTHER | VOL. DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CUR | 776.50 | 103.62 | 59.40 | 34.75 | | .60 | .00 | .00 |
| YTD | 6316.51 | 858.93 | 483.21 | 284.73 | | 4.80 | CHECK DATE | 2/20/14 |

---

***VOID***    ***DIRECT DEPOSIT ONLY***

| EMP ID | NAME | DEPT | SOC. SEC. # | EMP STAT | FEDRL M/S | FEDRL EX | STATE M/S | STATE EX | PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| 10136251 | PATRICIA ROSSI | 1013 | XXX-XX-6251 | H | S | 0 | S | 0 | 02/08/14 |

**EARNINGS**

| TYPE | STORE | DEPT | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SIFX | 1013 | 5147 | | | 26.00 |
| REG1 | 1013 | 5139 | 40.00 | 19.0000 | 760.00 |
| OVT1 | 1013 | 5139 | .25 | 28.5000 | 7.13 |

**TAX DEDUCTIONS**

| TYPE | AMOUNT |
|---|---|
| FWT | 107.78 |
| NY | 35.82 |
| NYDI | .60 |
| FICA | 60.67 |

**VOL. DEDUCTIONS**

| TYPE | AMOUNT |
|---|---|
| DEP1 | 588.26 |

| | GROSS PAY | FEDERAL | FICA | STATE | LOCAL | CITY/OTHER | VOL. DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CUR | 793.13 | 107.78 | 60.67 | 35.82 | | .60 | .00 | .00 |
| YTD | 5540.01 | 755.31 | 423.81 | 249.98 | | 4.20 | CHECK DATE | 2/13/14 |